US District Court for the
Eastern District of Missouri,

**RECEIVED**
AUG 31 2015
BY MAIL

In reference to Case number 4:15-CV-01112-AGF

We acknowledge receipt of summons as of 25 August, 2015. We request 30 days hence to seek appropriate qualified Counsel, and we hope that a resolution to the above referenced matter may be arrived at prior to trial.

Sincerely,

[signature]

RECEIVED
AUG 31 2015
BY MAIL

US District Court
111 S 10th St
St Louis MO 63102

63102112599

PHILADELPHIA PA 190
26 AUG 2015 PM 4 L